NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1340

NORBET STEVEN WILCOX,

Petitioner-Appellant,

v.

JAMES L. MORGAN, WARDEN,

Respondent-Appellee.

Appeal from the United States District Court for the Western District of Kentucky in case no. 3:06-CV-496, Chief Judge Thomas B. Russell.

ON MOTION

## O R D E R

Norbet Steven Wilcox moves for leave to proceed in forma pauperis.

The court notes that Wilcox has not responded to the court's May 29, 2009 order concerning this court's lack of jurisdiction in this case.

Accordingly,

IT IS ORDERED THAT:

(1)     This appeal is dismissed.

(2)     The motion to leave to proceed in forma pauperis is denied as moot.

FOR THE COURT

JUN 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Norbet Steven Wilcox
        Todd D. Ferguson, Esq.
s8

ISSUED AS A MANDATE: _____

JUN 2 5 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 5 2009

JAN HORBALY
CLERK